**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

Dana Mayerly Mendez Camacho
    Petitioner

      V.

David Wesling et al
    Respondents

CIVIL ACTION

NO.  1:26-cv-13046-ADB

## **<u>JUDGMENT</u>**

<u>Burroughs, D. J.</u>

    In accordance with the Court's Electronic Order dated <u>July 13, 2026</u>, (ECF No. 10) GRANTING Petitioner Dana Mayerly Mendez Camacho's petition for writ of habeas corpus under 28 U.S.C. § 2241, it is hereby ORDERED that judgment is entered in favor of Petitioner.

By the Court,

<u>July 13, 2026</u>
    Date

      /s/Caetlin McManus
      Deputy Clerk